No. 01–5654. SEDGWICK v. UNITED STATES ET AL. C. A. 9th Cir. Certiorari denied.

No. 01–5655. MARTINEZ-GARCIA v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 01–5656. MATHIS v. UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 01–5657. CRUZ v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 01–5661. HAYES v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 01–5666. DENNIS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 01–5668. GUAJARDO-HERNANDEZ v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 01–5669. RIGGANS v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 01–5672. SAMUEL v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 01–5674. REYNOSO v. COUGHLIN ET AL. C. A. 2d Cir. Certiorari denied.

No. 01–5675. SIMMONS v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 01–5676. RAMOS-SANTIAGO v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 01–5677. NAGY v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 01–5678. SIMMONS v. ALABAMA. Ct. Crim. App. Ala. Certiorari denied.

No. 01–5680. AGRON v. TRUSTEES OF COLUMBIA UNIVERSITY OF THE CITY OF NEW YORK. C. A. 2d Cir. Certiorari denied.

No. 01–5684. BUTTERFIELD v. MINNESOTA. Ct. App. Minn. Certiorari denied.